# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KEITH C. SAVAGE                                                                                     PLAINTIFF

V.                                    4:16CV00901 SWW/JTR

YELL COUNTY DETENTION FACILITY, et al.                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice.

DATED THIS 26th day of January, 2017.

                                                       /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE